UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYNCORA GUARANTEE, INC.
and SYNCORA CAPITAL ASSURANCE, INC.,

      Appellants,                                 Civil Action No. 14-CV-13044
                                                     HON. BERNARD A. FRIEDMAN

vs.

CITY OF DETROIT,

      Appellee.
_____/

## ORDER STAYING APPEAL

Before the Court is the parties' joint motion to stay this appeal pending confirmation of the City of Detroit's proposed plan of adjustment [docket entry 12]. For cause shown, it is hereby,

ORDERED that the parties' joint motion to stay the appeal is granted.

                                            S/ Bernard A. Friedman_____
                                            BERNARD A. FRIEDMAN
                                            SENIOR UNITED STATES DISTRICT JUDGE

Dated:  September 24, 2014
           Detroit, Michigan