# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | ) |
| | ) Dist. Ct. No. 2:14-cv-13044 |
| CITY OF DETROIT, MICHIGAN, | ) Hon. Bernard A. Friedman |
| | ) U.S. District Judge |
| *Debtor.* | ) |
| | ) |
| SYNCORA GUARANTEE INC. AND | ) Bankr. Ct. No. 13-53846 |
| SYNCORA CAPITAL ASSURANCE INC., | ) Hon. Steven W. Rhodes |
| | ) U.S. Bankruptcy Judge |
| | ) |
| *Appellants*, | ) |
| v. | ) |
| CITY OF DETROIT, MICHIGAN, | ) |
| | ) |
| *Appellee*. | ) |

## STIPULATION OF DISMISSAL OF APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively "Syncora") and the City respectfully move the Court for an order dismissing the above-captioned appeal with prejudice. The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: January 9, 2015                     Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: /s/ *Ryan Blaine Bennett*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

    - and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone:   (248) 646-5070
Facsimile:   (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*


/s/ *Corinne Ball*
Corinne Ball (NY 1125186)
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
cball@jonesday.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

*Attorneys for the City of Detroit*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | ) |
| | ) Dist. Ct. No. 2:14-cv-13044 |
| CITY OF DETROIT, MICHIGAN, | ) Hon. Bernard A. Friedman |
| | ) U.S. District Judge |
| *Debtor*. | ) |
| | ) |
| SYNCORA GUARANTEE INC. AND | ) Bankr. Ct. No. 13-53846 |
| SYNCORA CAPITAL ASSURANCE INC., | ) Hon. Steven W. Rhodes |
| | ) U.S. Bankruptcy Judge |
| | ) |
| *Appellants*, | ) |
| v. | ) |
| CITY OF DETROIT, MICHIGAN, | ) |
| | ) |
| *Appellee*. | ) |

## CERTIFICATE OF SERVICE

I, Ryan Blaine Bennett, hereby certify that on January 9, 2015, I caused the foregoing *Stipulation of Dismissal of Appeal* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

January 9, 2015

/s/ *Ryan Blaine Bennett*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL   60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200
*Counsel for Appellants*